RACHEL E. KAUFMAN (SBN 259353)
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com
*Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY FABRICANT,** individually and on behalf of all others similarly situated,<br><br>        *Plaintiff,*<br><br>*v.*<br><br>**CALL FOR ALL CALL CENTER GROUP, LLC**,<br><br>        *Defendant.* | Case No.  2:21-cv-08670-ODW-PD<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Otis D. Wright II |

PLEASE TAKE NOTICE that Plaintiff Terry Fabricant and Defendant Call for All Call Center Group, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

**1**

Case No. 2:21-cv-08670-ODW-PD

Respectfully Submitted,

Dated: May 20, 2022      */s/ Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorney for Plaintiff and others similarly situated*

Dated: May 20, 2022      */s/ Jordan S. Cohen*
Jordan S. Cohen
JCohen@wickersmith.com
Wicker Smith
515 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
954.847.4800

*Attorney for Defendant*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By:   */s/ Rachel E. Kaufman*
Rachel E. Kaufman

**2**

Case No. 2:21-cv-08670-ODW-PD