JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY FABRICANT,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**CALL FOR ALL CALL CENTER GROUP, LLC**,<br><br>*Defendant.* | Case No.  2:21-cv-08670-ODW-PD<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Hon. Otis D. Wright II |

Pursuant to the parties' stipulation, this action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.  All dates are **VACATED**.  The Clerk of the Court shall close this case.

SO ORDERED.

Dated this 20th day of May, 2022.

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1

Case No. 2:21-cv-08670-ODW-PD